**United States District Court**
**For the District of Columbia**

United States of America                          :
                                                  :
    Plaintiff                  :
                                                  :
    v.                         : 1:11-cv-2096 RC
                                                  :
Latney's Funeral Home, Inc., et al                :
                                                  :
    Defendant                  :
                                                  :

## Opposition To The Plaintiff's Motion For Civil Contempt

    Come now Latney's Funeral Home, Inc., Latney's, by and through undersigned counsel, and opposes the Plaintiff's motion for contempt, on the grounds hereinafter stated:

    1. The Plaintiff seeks an order holding Latney's in civil contempt of its order granting the Plaintiff's motion for a preliminary injunction that was issued by Judge Boasberg. The Plaintiff moved for a preliminary injunction alleging, *inter alia*, that Latney's has been intentionally flouting the U.S. tax laws for the past ten (10) years, that its violation of the tax laws has been flagrantly, and intentional. This type of coarse language does not describe Latney.

    2. Latney's has been a family owned business since its inception seventy-six (76) years ago. It was formed in 1938. John Latney and Carol Latney Solomon are its current principals. They're brother and sister. They inherited the business from their parents The Government's request, if the Court grants it, would result in a Government take over of Latney's making the Plaintiff a funeral director.

    3. When Latney's customer(s) and its potential customer(s) learn that the Government has taken over their business, John Latney and his sister, Carol Latney Solomon know, based on their many years of experience, with the residents of the District of Columbia, that their past and potential customers would take their business elsewhere and Latney's will quickly close its doors

and it'll probably declare bankruptcy ending a long family history of service, to the residents of the District of Columbia. The fact that Latney's may have to close its doors, because of its failure to pay its taxes is something the Supreme Court said, in **Enoch v. U.S.**, citation omitted, that is not a concern for the courts.

4. Latney's understands that it, like every citizen, has an obligation to pay taxes. Their past failure to pay their taxes was based on their inability to earn sufficient monies to pay staff, overhead, and taxes. They experienced, on numerous occasions, a deficit in the necessary funds to pay all three. Although the payment of taxes is paramount, Latney's wanted to keep its business operating, keep people employed, rather than unemployed, and maintained the hope that they would earn enough money to catch up on its outstanding taxes, but they were unable to do so. Although they were unable to do so, it was their intention to pay the taxes negating any intentional and willful refusal to pay their taxes.

5. Latney's has learned, albeit it late, that if they want to keep their family business, they must pay their taxes. This is what Latney's has done and will continue to do. The attached **Exhibits # 1 through 6** attest to Latney's commitment to pay its taxes.

6. The Court, in order to find Latney in contempt, would have to find that it has intentionally, willfully, and wantonly violated this Court's preliminary injunction order. It has not done so. The attachments demonstrate Latney continues to pay its taxes and has not willfully violated Judge Boasberg's order. If the Court finds that Latney's has not fully complied with Judge Boasberg's order, it can rest assured that it is making every effort to do so and in time, full compliance will be obtained.

7. Latney's request the Court to deny, the motion for contempt, because it is, in good faith, trying to comply with Judge Boasberg's order.

**WHEREFORE,** the premises considered, Latney's prays that the Court will deny the Plaintiff's motion and set a status hearing, at the end of the third quarter, to ascertain if Latney is continuing it efforts to comply with Judge Boasberg's order.

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, 377091
7600 Georgia Avenue, N.W., Suite 203
Washington, D.C. 20012
202-223-4470

## Certificate of Service

I certify that a copy of this opposition was sent through the Court's electronic email system on this 31st day of March to: Beatrice Saiz, AUSA, 555 4th Street, N.W., Washington, D.C. 20530, and vie this Court's electronic email system.

*s/s Wendell C. Robinson*
Wendell C. Robinson

# Exhibit # 1
# Latney's Tax Withholdings for the First Quarter for 2013



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270347063832647 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q1/2013 |
| Payment Amount | $2,136.22 |
| Settlement Date | 03/11/2013 |
| Sub Categories | |
| 1 Social Security | $984.24 |
| 2 Medicare | $230.19 |
| 3 Tax Withholding | $921.79 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270345040573958 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q1/2013 |
| Payment Amount | $2,174.97 |
| Settlement Date | 02/19/2013 |
| Sub Categories | |
| 1 Social Security | $1,005.31 |
| 2 Medicare | $235.11 |
| 3 Tax Withholding | $934.55 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
| --- | --- |

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270352041774585 |
| --- | --- |

### PLEASE NOTE
Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
| --- | --- |
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q1/2013 |
| Payment Amount | $2,104.92 |
| Settlement Date | 04/30/2013 |
| Sub Categories | |
| 1 Social Security | $963.15 |
| 2 Medicare | $225.25 |
| 3 Tax Withholding | $916.52 |

| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270354823533790 |
|---|---|

---

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| Payment Information | Entered Data |
|---|---|
| **Taxpayer EIN** | xxxxx6697 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | Q1/2013 |
| **Payment Amount** | $2,104.92 |
| **Settlement Date** | 05/28/2013 |
| **Sub Categories** | |
| 1 Social Security | $963.16 |
| 2 Medicare | $225.24 |
| 3 Tax Withholding | $916.52 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270355472101613 |
|---|---|

---

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

---

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q1/2013 |
| Payment Amount | $3,248.33 |
| Settlement Date | 06/03/2013 |
| Sub Categories | |
| 1 Social Security | $1,514.17 |
| 2 Medicare | $354.12 |
| 3 Tax Withholding | $1,380.04 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270356860066965 |
|---|---|

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q1/2013 |
| Payment Amount | $1,069.58 |
| Settlement Date | 06/17/2013 |
| Sub Categories | |
| 1 Social Security | $495.46 |
| 2 Medicare | $115.86 |
| 3 Tax Withholding | $458.26 |

# Exhibit # 2
# Latney's Tax Withholdings for the Second Quarter for 2013



| **TAXPAYER NAME** : LATNEYS FUNERAL HOME INC | **TIN : xxxxx6697** |
| --- | --- |

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| **EFT ACKNOWLEDGEMENT NUMBER:** | 270356845817923 |
| --- | --- |

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
| --- | --- |
| **Taxpayer EIN** | xxxxx6697 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | Q2/2013 |
| **Payment Amount** | $2,128.17 |
| **Settlement Date** | 06/17/2013 |
| **Sub Categories** | |
| **1 Social Security** | $981.99 |
| **2 Medicare** | $229.66 |
| **3 Tax Withholding** | $916.52 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
| --- | --- |

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270356973911763 |
| --- | --- |

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
| --- | --- |
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q2/2013 |
| Payment Amount | $2,104.93 |
| Settlement Date | 06/18/2013 |
| Sub Categories | |
| 1 Social Security | $963.16 |
| 2 Medicare | $225.25 |
| 3 Tax Withholding | $916.52 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270357594556714 |
|---|---|

**PLEASE NOTE**

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q2/2013 |
| Payment Amount | $2,104.94 |
| Settlement Date | 06/24/2013 |
| Sub Categories | |
| 1 Social Security | $963.16 |
| 2 Medicare | $225.26 |
| 3 Tax Withholding | $916.52 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270441472035458 |
|---|---|

### PLEASE NOTE
Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q2/2013 |
| Payment Amount | $1,006.09 |
| Settlement Date | 01/14/2014 |
| Sub Categories | |
| 1 Social Security | $456.78 |
| 2 Medicare | $106.82 |
| 3 Tax Withholding | $442.49 |

# Exhibit # 3
# Latney's Tax Withholdings for the Third Quarter for 2013



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270444211790781 |
|---|---|

### PLEASE NOTE
Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2013 |
| Payment Amount | $2,012.14 |
| Settlement Date | 02/11/2014 |
| Sub Categories | |
| 1 Social Security | $913.52 |
| 2 Medicare | $213.64 |
| 3 Tax Withholding | $884.98 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

## Payment Abandoned

> **PLEASE NOTE**
>
> Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding
> are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q3/2013 |
| Payment Amount | $4,904.03 |
| Settlement Date | 01/14/2014 |
| Sub Categories | |
| 1 Social Security | $2,229.31 |
| 2 Medicare | $521.36 |
| 3 Tax Withholding | $2,153.36 |

# Exhibit # 4
# Latney's Tax Withholdings for the Fourth Quarter for 2013

| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful
An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270445084551074 |
|---|---|

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2013 |
| Payment Amount | $11,066.84 |
| Settlement Date | 02/19/2014 |
| Sub Categories | |
| 1 Social Security | $5,024.40 |
| 2 Medicare | $1,175.05 |
| 3 Tax Withholding | $4,867.39 |



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

Your payment has been accepted.

### Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| EFT ACKNOWLEDGEMENT NUMBER: | 270371165518460 |
|---|---|

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q4/2013 |
| Payment Amount | $2,012.17 |
| Settlement Date | 11/07/2013 |
| Sub Categories | |
| 1 Social Security | $913.55 |
| 2 Medicare | $213.64 |
| 3 Tax Withholding | $884.98 |

# Exhibit # 5
# Latney's Tax Withholdings for the
# First Quarter for 2014



| TAXPAYER NAME : LATNEYS FUNERAL HOME INC | TIN : xxxxx6697 |
|---|---|

## Deposit Confirmation

## Payment Abandoned

> **PLEASE NOTE**
>
> Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6697 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Federal Tax Deposit |
| Tax Period | Q1/2014 |
| Payment Amount | $4,004.60 |
| Settlement Date | 02/11/2014 |
| Sub Categories | |
| 1 Social Security | $1,827.12 |
| 2 Medicare | $427.28 |
| 3 Tax Withholding | $1,750.20 |



| **TAXPAYER NAME :** LATNEYS FUNERAL HOME INC | **TIN :** xxxxx6697 |
| --- | --- |

# Deposit Confirmation

Your payment has been accepted.

## Payment Successful

An EFT acknowledgement number has been provided for this payment. Please keep this number for your records.

REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!

| **EFT ACKNOWLEDGEMENT NUMBER:** | **270444981484728** |
| --- | --- |

### PLEASE NOTE

Any amounts represented in the subcategories of Social Security, Medicare, and Income Tax Withholding are for informational purposes only.

| Payment Information | Entered Data |
| --- | --- |
| **Taxpayer EIN** | xxxxx6697 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Federal Tax Deposit |
| **Tax Period** | Q1/2014 |
| **Payment Amount** | $1,001.15 |
| **Settlement Date** | 02/18/2014 |
| **Sub Categories** | |
| 1 Social Security | $456.78 |
| 2 Medicare | $106.82 |
| 3 Tax Withholding | $437.55 |

# Exhibit # 6
# Email from Latney's Accountant That their taxes are current for 2013 and for the first quarter of 2014.

Subj:  **Fwd: payments for latney's**
Date:  2/17/2014 10:34:56 A.M. Eastern Standard Time
From:  dabubakr1@aol.com
To:  grindstonelaw@aol.com, MsAESolomon@aol.com

Attached are the payments for Latney's.  They are now caught up for 2014. All of 2013 have been paid off.

dabubakr1@aol.com


-----Original Message-----
From: dabubakr1 <dabubakr1@aol.com>
To: DAbubakr1 <DAbubakr1@aol.com>
Sent: Mon, Feb 17, 2014 7:27 am
Subject: payments for latney's


dabubakr1@aol.com